IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

KATRINA CARR                                                      PLAINTIFF

v.                      Civil No. 04-5296

JO ANNE B. BARNHART, Commissioner
Social Security Administration                           DEFENDANT

## **JUDGMENT**

Comes now the Court on this 28th day of February, 2006, in accordance with the Memorandum Opinion filed in the above styled case on today's date, and hereby considers, orders and adjudges that the decision of the Commissioner of Social Security is reversed and this matter is remanded to the Commissioner, pursuant to sentence four, *42 U.S.C. § 405(g),* for further consideration consistent with the Memorandum Opinion.

Counsel is reminded that, in view of the United States Supreme Court decision, *Shalala v. Schaefer*, 509 U.S. 292, 113 S. Ct. 2625, 125 L. Ed. 2d 239 (1993), a petition for attorney's fees under the Equal Access to Justice Act must be filed within 30 days from the date this Judgment becomes final.

IT IS SO ORDERED.

                                                                   **/s/ Beverly Stites Jones**
                                                                   HON. BEVERLY STITES JONES
                                                                   UNITED STATES MAGISTRATE JUDGE